## (March 16, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, on the Petition of JOSEPH ARONSTEIN, ex rel. LOUIS LEVINE v. WARDEN OF THE CITY PRISON, COUNTY OF NEW YORK.— Motion to dispense with printing and for a preference granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points; the original record and appellant's printed points to be filed on or before March 22, 1962, with notice of argument for April 3, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

## (March 19, 1962)

■ In the Matter of JAMES C. BLACK et al. v. ROBERT E. HERMAN and 55 PERRY CORP.— Motion for reargument granted and, upon such reargument, the order of this court, entered on March 9, 1962, is modified to the extent of granting a stay only of the execution — until the disposition of the appeal — of any warrants of eviction which may be obtained. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.